Form clsnodsc – ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  11–45156–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Cinelli                               Laura Cinelli
1 Dover Lane                                 1 Dover Lane
Medford, NJ 08055                            Medford, NJ 08055

Social Security No.:
   xxx–xx–3542                                xxx–xx–2558

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above–named case will be closed without entry of discharge on or after April 28, 2017 for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 29, 2017
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 11-45156-CMG
Joseph Cinelli                                                                  Chapter 13
Laura Cinelli
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 29, 2017
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb        #+Joseph Cinelli,  Laura Cinelli,  1 Dover Lane,  Medford, NJ 08055-3349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42    U.S. Attorney,  970 Broad St.,
               Room 502,  Rodino Federal Bldg.,  Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38     United States Trustee,
               Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
               Newark, NJ 07102-5235
                                                                                          TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon fka et al ....
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joel R. Spivack   on behalf of Debtor Joseph  Cinelli joel@spivacklaw.com,  admin@spivacklaw.com
          Joel R. Spivack   on behalf of Joint Debtor Laura  Cinelli joel@spivacklaw.com,
           admin@spivacklaw.com
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS, INC.
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon fka et al ....
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kenneth S. Jannette   on behalf of Creditor   Vanda, LLC ken.jannette@gmail.com
          William E. Craig   on behalf of Creditor   Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net
                                                                                          TOTAL: 10